**No. 64784.**—Sprouse-Reitz Co., Inc., and Frank P. Dow Co., Inc. *v.* United States, protest 306787–K (Portland, Oreg.).

343

Opinion by OLIVER, C. J.  In accordance with stipulation of counsel that the merchandise consists of sponges similar in all material respects to those the subject of Abstract 61191, the claim of the plaintiffs was sustained.